**EXHIBIT E**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **GILBERT M. ARIAZ and** | ) | **Case No. 05 B 17541** |
| **COLETTE A. ARIAZ,** | ) | |
| **Debtors.** | ) | **Hon. John H. Squires** |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   The Honorable John D. Schwartz
      Bankruptcy Judge

NOW COMES DAVID R. HERZOG, Trustee herein, pursuant to 11 U.S.C. 330; and hereby requests $ __11,912.71__ as compensation and $__0.00__ for reimbursement of expenses, no amount of which has previously been paid.

I.   COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $58,359.06. Pursuant to 11 U.S.C. Section 326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ __1,250.00__ | ($ 1,250.00 max.) |
| 10% of next $45,000.00 | $ __4,500.00__ | ($ 4,500.00 max.) |
| 5% of next $950,000.00 | $ __6,162.71__ | ($47,500.00 max.) |
| 3% of balance | $ __0.00__ | |
| TOTAL COMPENSATION | $ __11,912.71__ | |

II.   TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $    0.00 |
| Postage | $    0.00 |
| Long Distance, Telephone Charges | $    0.00 |
| Clerical/Office Overhead | $    0.00 |
| Other (Envelopes; Filing Fees; Messengers) | $    0.00 |
| TOTAL EXPENSES | $    0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.  No payments have previously been made or promised in any capacity in connection with the above case.

Executed this ___ day of _____, 2008.


```
                              /s/ David R. Herzog
                           SIGNATURE


                           77 W. Washington Street, #1717
                           Chicago, Illinois 60602
                           ADDRESS
```