**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GILBERT M. ARIAZ and | ) | Case No. 05 B 17541 |
| COLETTE A. ARIAZ, | ) | |
| Debtors. | ) | Hon. John H. Squires |

**FINAL APPLICATION FOR**
**COMPENSATION OF COUNSEL FOR THE TRUSTEE**

Pursuant to 11 U.S.C. §331, HERZOG & SCHWARTZ, P.C., counsel for the Trustee, David R. Herzog, respectfully applies to this Court for final compensation for actual, necessary services rendered and reimbursement for actual, necessary out-of-pocket expenses.  HERZOG & SCHWARTZ, P.C. has divided this application into two parts.  The first part of the application shall review the problems confronted by the Trustee and provide general background information.  The second part of the application shall provide an analysis by task of legal work performed by the HERZOG & SCHWARTZ, P.C.

**PART I**

**BACKGROUND**

The debtors, GILBERT M. ARIAZ and COLETTE A. ARIAZ, filed a petition under Chapter 7 on May 4, 2005. Thereafter, DAVID R. HERZOG was appointed Trustee and accepted his appointment. On June 23, 2005, an order was entered which permitted the Trustee to employ the law firm of Herzog & Schwartz, P.C. (the "law firm"), as attorneys for the Trustee.

Each task performed by the law firm will be discussed in detail.  This fee application covers services rendered by the law firm for the period of June 16, 2005 through the present.  The

-1-

billable rates for members of the law firm were charged on an hourly basis.  This application sets forth the hours of work performed per attorney, per task at the hourly rate that was in effect at the time the services were provided.  A detailed description of each time entry is attached to this application as Exhibit A.

**PART II**

**TASK ANALYSIS**

A.   Sale of Real Estate

The law firm spent 15.25 hours in connection with the sale of of real estate of the Debtors. The sale was complicated by the fact that there were several interested parties, and the initial contract entered into by the Trustee could not be consummated due to problems the purchase has with obtaining financing.  A contract was entered into with subsequent purchaser, Mohamed Murad.  However there were numerous issues with the title, as well as liens on the property which had been paid prior to bankruptcy and had to be released.  The firm spent extensive time work in the broker on these transactions, as well as working on title issues, as well as preparing closing document, and attending the closing of the transaction.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 15.25 | $ 3,812.50 |
| **TOTAL** | **15.15** | **$ 3,812.50** |

B.  <u>Employment of Professionals</u>

The law firm spent 2.50 hours in connection with preparation of applications and attending court hearings for the employment of attorneys and a real estate broker in this matter.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 2.50 | $    625.00 |
| **TOTAL** | **2.50** | **$    625.00** |

C.  <u>Miscellaneous</u>

The law firm spent 4.00 hours in connection with miscellaneous matters, including preparation of the final report.

|  | Hours | Costs |
|---|---|---|
| David R. Herzog @ 250.00 per hour | 4.00 | $  1,000.00 |
| **TOTAL** | **4.00** | **$  1,000.00** |

**RECAPITULATION**

|              | Hours | Costs        |
|--------------|-------|--------------|
| Category A   | 15.25 | $ 3,812.50   |
| Category B   |  2.50 | $   625.00   |
| Category B   |  4.00 | $ 1,000.00   |
| **TOTAL**    | **26.55** | **$ 5,437.50** |

WHEREFORE, the law firm respectfully requests that this Honorable Court enter an Order:

1) Granting the law firm reasonable compensation of $5,543.50, and necessary expenses of $0.00 for legal services rendered in this case.

2) For such further relief that this Honorable Court deems just and reasonable.

                HERZOG & SCHWARTZ, P.C.


                By: /s/ David R. Herzog


David R. Herzog
HERZOG & SCHWARTZ, P.C.
Attorneys for the Trustee
77 West Washington Street
Suite 1717
Chicago, Illinois  60602
(312) 977-1600

**EXHIBIT F-A**

**ATTORNEY TIME FOR CATEGORY A**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 06/16/05 | Herzog, David<br>Finalize real estate contract. | 0.50 | 125.00 | A |
| 08/04/05 | Herzog, David<br>Work on motion to approve sale. | 1.50 | 375.00 | A |
| 08/11/05 | Herzog, David<br>Order title committment; conference re termite inspection; zoning and water certificate. | 1.00 | 250.00 | A |
| 08/18/05 | Herzog, David<br>Review title report; conference with counsel for LaSalle Bank re meeting of Standard Federal; letter to Title Insurance company re GITC needs; telephone conference with Hudson re meeting. | 1.25 | 312.50 | A |
| 08/29/05 | Herzog, David<br>Attend court call; obtain sale approval. | 1.00 | 250.00 | A |
| 08/30/05 | Herzog, David<br>Work on closing releases. | 0.25 | 62.50 | A |
| 08/31/05 | Herzog, David<br>Work on obtaining release deed from Standard Federal; letter re same. | 0.75 | 187.50 | A |
| 09/02/05 | Herzog, David<br>Work on clearing title issues. | 1.50 | 375.00 | A |
| 09/08/05 | Herzog, David<br>Work on motion for sale of real estate, new deal. | 1.50 | 375.00 | A |
| 09/09/05 | Herzog, David<br>Finalize and file motion to sell real estate. | 1.00 | 250.00 | A |
| 09/26/05 | Herzog, David<br>Work on closing documents. | 0.50 | 125.00 | A |
| 09/28/05 | Herzog, David<br>Work on closing documents; | 1.00 | 250.00 | A |

```
                    telephone conference re title
                    issues, etc.

10/06/05   Herzog, David                         3.50      875.00           A
           Finalize documents for closing
           and attend closing of real estate
           transaction.
```

**ATTORNEY TIME FOR CATEGORY B**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 06/16/05 | Herzog, David<br>Prepare motion to employ professionals. | 1.50 | 375.00 | B |
| 06/23/05 | Herzog, David<br>Attend court call - employ professionals (broker and attorney). | 1.00<br>250.00 | 250.00 | B |

**ATTORNEY TIME FOR CATEGORY C**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 12/18/07 | Herzog, David<br>Review claims; begin preparing final report. | 1.00 | 250.00 | C |
| 01/18/08 | Herzog, David<br>Work on final report. | 3.00 | 750.00 | C |

**TRUSTEE'S TIME**

| Date | Description | Hours | Amount | Category |
|---|---|---|---|---|
| 06/15/05 | Herzog, David<br>Work on and negotiate sale of real estate and review contract. | 2.00 | 500.00 | T |
| 06/23/05 | Herzog, David / Trustee BK<br>Letter to broker with order. | 0.50 | 125.00 | T |
| 08/01/05 | Herzog, David<br>Call to broker re: contract and ruling. | 0.15 | 37.50 | T |
| 09/07/05 | Herzog, David<br>Serve Release Deed for Standard Bank; conference with broker re issues. | 0.75 | 187.50 | T |