UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GILBERT M. ARIAZ and | ) | Case No. 05 B 17541 |
| COLETTE A. ARIAZ, | ) | |
| Debtors. | ) | Hon. John H. Squires |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 680, Chicago, Illinois 60604

    On: **August 25, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    RECEIPTS                                    $173,254.13

    . DISBURSEMENTS                             $ 129,865.35

    NET CASH available for distribution         $  58,388.78

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| David R. Herzog, Trustee in Bankruptcy | $ 11,912.71 | $ 11,912.71 | |
| Herzog & Schwartz, P.C. Attorneys for Trustee | $ 5,437.50 | $ 5,437.50 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $101,751.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .40332219736%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $ 7,203.36 | $ 2,905.27 |
| 2 | Discover Bank | $ 3,835.09 | $ 1,546.78 |
| 3 | American Express Bank | $ 24,848.95 | $ 10,022.13 |
| 4 | Chase Bank USA, NA | $ 9,407.57 | $ 3,794.28 |
| 5 | American Express Bank | $ 5,634.92 | $ 2,272.69 |
| 6 | Bank of America | $ 16,929.46 | $ 6,828.03 |
| 7 | MBNA America Bank | $ 33,891.98 | $ 13,669.39 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **July 22, 2008**                                                        For the Court,

By:
**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | David R. Herzog |
| Address: | 77 West Washington, Suite 1717 |
| | Chicago, Illinois 60602 |
| Phone No.: | (312) 977-1600 |

BAE SYSTEMS
**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

05-17541   Doc 41   Filed 07/22/08   Entered 07/25/08 00:59:00   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2              Date Rcvd: Jul 22, 2008
Case: 05-17541                 Form ID: pdf002              Total Served: 41

The following entities were served by first class mail on Jul 24, 2008.
db           +Gilbert M Ariaz,    6504 W 63rd St Apt 2E,    Chicago, IL 60638-4152
jdb           Colette A Ariaz,    10540 S Kedzie Ave,    Chicago, IL  60655-2038
aty          +Troy L Gleason,    Gleason And Gleason LLC,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
tr           +David R Herzog,    Herzog & Schwartz PC,    77 W Washington Suite 1717,    Chicago, IL 60602-3943
9302501      +Abn Amro Mtg Group,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
9302502       American Express,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
9562381       American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
9573190       American Express Travel Related Services Co., Inc.,     c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
9302503       Amex,   PO Box 297871,    Fort Lauderdale, FL  33329-7871
9302499       Ariaz Colette A,    10540 S Kedzie Ave,    Chicago, IL  60655-2038
9302498       Ariaz Gilbert M,    10540 S Kedzie Ave,    Chicago, IL  60655-2038
9302504      +Baker Miller Markoff And Krasny,     29 N Wacker Dr 5th Fl,    Chicago, IL 60606-2854
9302505      +Bank Of America,    1825 E Buckeye Rd,    Phoenix, AZ 85034-4216
9302535       Bank Of America NA,    PO Box 2278,    Norfolk, VA 23501-2278
9302506       Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA  23060-5937
9302507       Certegy Payment Reovery Services,     11601 Roosevelt Blvd N,    Saint Petersburg, FL  33716-2202
9302508      +Chase,   800 Brooksedge Blvd,     Westerville, OH 43081-2822
9563243      +Chase BankUSA,NA,    c/o Weinstein & Riley, P.S.,    2101 4th Ave., Suite 900,
               Seattle, WA 98121-2339
9302509       ChexSystems,    Consumer Relations,    12005 Ford Rd Ste 600,    Dallas, TX  75234-7253
9302540       Citibank,    PO Box 6241,    Sioux Falls, SD  57117-6241
9302510       Citibank (South Dakota NA),    Exceptions Payment Processing,    PO Box 6305,
               The Lakes, NV 88901-6305
9302511       City Of Chicago Department Of Water,     PO Box 6330,    Chicago, IL  60680-6330
9302542      ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Bank,     c/o Discover Financial Services,    PO Box 8003,
               Hilliard, OH 43026)
9302512      ++DISCOVER FINANCIAL SERVICES LLC,     PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Fin,     PO Box 15316,    Wilmington, DE  19850-5316)
9302513       DPPS/SCAN,    Attn: Consumer Referral Services,     7805 Hudson Rd Ste 100,
               Woodbury, MN  55125-1595
9302514       Encore Rec,    PO Box 3330,    Olathe, KS  66063-3330
9302515       Equifax,    PO Box 740241,    Atlanta, GA  30374-0241
9302516       Experian,    PO Box 2002,    Allen, TX  75013-2002
9302517       Fleet,   PO Box 15480,    Wilmington, DE  19850-5480
9302500       Gleason And MacMaster LLC,    77 W Washington St Ste 1218,    Chicago, IL  60602-3246
9302518       Halcomb & Wertheim,    PO Box 12005,    Birmingham, AL  35202-2005
9302519       ICS,   For Practice Resources,    PO Box 646,    Oak Lawn, IL  60454-0646
9669280      +MBNA America Bank NA,    PO Box 15168 MS 1423,    Wilmington, DE 19850-5168
9302520      +Mann Bracken LLC,    229 Peachtree St NE Ste 700,    Atlanta, GA 30303-1633
9302521       Monogram Bank N America,    PO Box 17054,    Wilmington, DE  19884-0001
9302522      +Nco Financial,    507 Prudential Rd,    Horsham, PA 19044-2368
9302523       Phillip & Cohen, Ltd,    695 Rancocas Rd,    Westampton, NJ  08060-5626
9302524       Telecheck,    PO Box 17390,    Denver, CO  80217-0390
9302525       Trans Union,    PO Box 1000,    Crum Lynne, PA  19022-2001
9302526       Weltman Weinberg & Reis Co,    1419 Lake Cook Rd Ste 480,    Deerfield, IL  60015-5228
9302527      +Wolpoff & Abramson,    702 King Farm Blvd,    Rockville, MD 20850-5775
The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David R Herzog,    Herzog & Schwartz Pc,    77 W Washington Suite 1717,    Chicago, IL 60602-3943
9302531*     +Abn Amro Mtg Group,    2600 W Big Beaver Rd,    Troy, MI 48084-3318
9302532*      American Express,    PO Box 297871,    Fort Lauderdale, FL  33329-7871
9302533*      Amex,   PO Box 297871,    Fort Lauderdale, FL  33329-7871
9302529*      Ariaz Colette A,    10540 S Kedzie Ave,    Chicago, IL  60655-2038
9302528*      Ariaz Gilbert M,    10540 S Kedzie Ave,    Chicago, IL  60655-2038
9302534*     +Baker Miller Markoff And Krasny,     29 N Wacker Dr 5th Fl,    Chicago, IL 60606-2854
9302536*      Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA  23060-5937
9302537*      Certegy Payment Reovery Services,     11601 Roosevelt Blvd N,    Saint Petersburg, FL  33716-2202
9302538*     +Chase,   800 Brooksedge Blvd,     Westerville, OH 43081-2822
9302539*      ChexSystems,    Consumer Relations,    12005 Ford Rd Ste 600,    Dallas, TX  75234-7253
9302541*      City Of Chicago Department Of Water,     PO Box 6330,    Chicago, IL  60680-6330
9302543*      DPPS/SCAN,    Attn: Consumer Referral Services,     7805 Hudson Rd Ste 100,
               Woodbury, MN  55125-1595
9302544*      Encore Rec,    PO Box 3330,    Olathe, KS  66063-3330
9302545*      Equifax,    PO Box 740241,    Atlanta, GA  30374-0241
9302546*      Experian,    PO Box 2002,    Allen, TX  75013-2002
9302547*      Fleet,   PO Box 15480,    Wilmington, DE  19850-5480
9302530*      Gleason And MacMaster LLC,    77 W Washington St Ste 1218,    Chicago, IL  60602-3246
9302548*      Halcomb & Wertheim,    PO Box 12005,    Birmingham, AL  35202-2005
9302549*      ICS,   For Practice Resources,    PO Box 646,    Oak Lawn, IL  60454-0646
9302550*     +Mann Bracken LLC,    229 Peachtree St NE Ste 700,    Atlanta, GA 30303-1633
9302551*      Monogram Bank N America,    PO Box 17054,    Wilmington, DE  19884-0001
9302552*     +Nco Financial,    507 Prudential Rd,    Horsham, PA 19044-2368
9302553*      Phillip & Cohen, Ltd,    695 Rancocas Rd,    Westampton, NJ  08060-5626
9302554*      Telecheck,    PO Box 17390,    Denver, CO  80217-0390
9302555*      Trans Union,    PO Box 1000,    Crum Lynne, PA  19022-2001
9302556*      Weltman Weinberg & Reis Co,    1419 Lake Cook Rd Ste 480,    Deerfield, IL  60015-5228
9302557*     +Wolpoff & Abramson,    702 King Farm Blvd,    Rockville, MD 20850-5775
                                                                                               TOTALS: 0, * 28
```

```
 District/off: 0752-1          User: amcc7               Page 2 of 2           Date Rcvd: Jul 22, 2008
 Case: 05-17541                Form ID: pdf002           Total Served: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 24, 2008**                             **Signature:**   /s/ Joseph Speetjens