## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable: JOHN H. SQUIRES

Hearing Date: August 26, 2008

Bankruptcy Case No.: 05 B 17541

Adversary No.:

Title of Case: Gilbert M. Ariaz & Colette A. Ariaz

**Brief Statement of Motion:** Notice on Trustee's Final Report and Account and hearing on applications for compensation and on abandonment of property by the Trustee

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Continued to September 4, 2008 at 9:30 a.m. Leave is given Trustee to supplement his application for compensation on or before September 2, 2008.

*/s/ John H. Squires*

6/11/99