**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| **GILBERT M. ARIAZ and** | ) | **Case No. 05 B 17541** |
| **COLETTE A. ARIAZ,** | ) | |
| Debtors. | ) | Hon. John H. Squires |

**SUPPLEMENT TO TRUSTEE'S FINAL REPORT
<u>TRUSTEE'S TIME</u>**

| <u>Date</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> | <u>Category</u> |
|---|---|---|---|---|
| 06/02/05 | Herzog, David<br>First meeting of creditors. | 0.25 | 62.50 | T |
| 06/03/05 | Herzog, David<br>Review motion to life stay on<br>1050 S. Kedzie Ave property. | 0.25 | 62.50 | T |
| 06/03/05 | Herzog, David<br>Telephone conference with real<br>estate broker re value of property. | 0.15 | 37.50 | T |
| 06/06/05 | Herzog, David<br>Telephone conference with attorney<br>for lender re lift stay order. | 0.10 | 25.00 | T |
| 06/08/05 | Herzog, David<br>Review comps provided by broker<br>re value of 1050 S. Kedzie<br>property. | 0.50 | 125.00 | T |
| 06/08/05 | Herzog, David<br>Extended conference with broker<br>re sale of South Kedzie property. | 0.25 | 62.50 | T |
| 06/09/05 | Herzog, David<br>Prepare initial report of assets. | 0.25 | 62.50 | T |
| 06/15/05 | Herzog, David<br>Work with broker on sale of real<br>real estate and marketability of<br>property. | 2.00 | 500.00 | T |

| Date | Attorney / Description | Hours | Amount | |
|---|---|---|---|---|
| 06/16/05 | Herzog, David<br>Conference with attorney for lender re vacating lift stay order. | 0.15 | 37.50 | T |
| 06/16/05 | Herzog, David<br>Prepare Motion to Vacate order lifting automatic stay because of potential sale of property; prepare order and serve same. | 2.00 | 500.00 | T |
| 06/22/05 | Herzog, David<br>Telephone conference with attorney for lender re lift stay motion. | 0.15 | 37.50 | T |
| 06/23/05 | Herzog, David<br>Attend court call re modifying automatic stay order as to effective date. | 0.50 | 125.00 | T |
| 06/23/05 | Herzog, David / Trustee BK<br>Letter to broker with order. | 0.50 | 125.00 | T |
| 06/28/05 | Herzog, David<br>Meeting with Nick Guffre; review listing agreement and execute same; review comparables and price property. | 1.50 | 375.00 | T |
| 07/07/05 | Herzog, David<br>Telephone conference with Nick Guiffre re marketability and sale. | 0.10 | 25.00 | T |
| 07/12/05 | Herzog, David<br>Telephone conference with agent re possible purchaser. | 0.10 | 25.00 | T |
| 07/23/05 | Herzog, David<br>Meeting with Guiffre; review several offers for real estate; discuss pros and cons with respect to each offer, and discuss counter-offer, prepare and sign same. | 2.00 | 500.00 | T |
| 07/24/05 | Herzog, David<br>Telephone conference with Guiffre re counter-offer. | 0.15 | 37.50 | T |
| 07/28/05 | Herzog, David<br>Conference with broker re real estate contract; review same. | 0.50 | 125.00 | T |

| Date | Name / Description | Hours | Amount | |
|---|---|---|---|---|
| 07/29/07 | Herzog, David<br>Review offers provided by broker, and discussion re bankruptcy rider to contract. | 1.00 | 350.00 | T |
| 07/31/05 | Herzog, David<br>Call to broker re: contract and ruling. | 0.15 | 37.50 | T |
| 08/01/05 | Herzog, David<br>Telephone conference with Guiffre re sale of property. | 0.15 | 37.50 | T |
| 08/02/05 | Herzog, David<br>Telephone conference with Guiffre re sale and possible property. | 0.10 | 25.00 | T |
| 08/03/05 | Herzog, David<br>Meeting with potential purchaser re purchase and concerns about bankruptcy approval and timing of closing. | 1.00 | 250.00 | T |
| 09/07/05 | Herzog, David<br>Obtain Release Deed from Standard Bank; conference with broker re issues. | 0.75 | 187.50 | T |
| 09/07/05 | Herzog, David<br>Conference with Guiffre re items necessary for closing. | 0.75 | 187.50 | T |
| 09/08/05 | Herzog, David<br>Update quarterly review sheet re case. | 0.25 | 62.50 | T |
| 12/17/05 | Herzog, David<br>Update quarterly review sheet re case. | 0.15 | 37.50 | T |
| 01/26/06 | Herzog, David<br>Work on annual report for case for UST. | 0.50 | 175.00 | T |
| 03/21/06 | Herzog, David<br>Update quarterly review report. | 0.15 | 52.50 | T |
| 09/28/06 | Herzog, David<br>Update quarterly review report. | 0.15 | 52.50 | T |
| 01/27/07 | Herzog, David<br>Work on annual report for case for UST. | 0.50 | 175.00 | T |

| Date | Attorney / Description | Hours | Amount | |
|---|---|---|---|---|
| 03/21/07 | Herzog, David<br>Work on quarterly progress report. | 0.25 | 87.50 | T |
| 03/22/07 | Herzog, David<br>Review court file re judgment of Discover Bank. | 1.50 | 525.00 | T |
| 03/23/07 | Herzog, David<br>Call to Discovery Bank re release of judgment. | 0.10 | 35.00 | T |
| 03/31/07 | Herzog, David<br>Call to Discovery Bank re release of judgment. | 0.10 | 35.00 | T |
| 04/04/07 | Herzog, David<br>Further review of court file and avoidance of judgment lien. | 1.00 | 350.00 | T |
| 04/05/07 | Herzog, David<br>Call to Discovery Bank re release of judgment. | 0.10 | 35.00 | T |
| 04/10/07 | Herzog, David<br>Research law re avoidance action. | 1.00 | 350.00 | T |
| 04/23/07 | Herzog, David<br>Start to prepare suit against Discover Bank. | 2.00 | 700.00 | T |
| 04/25/07 | Herzog, David<br>Work on adversary complaint against Discover Bank to avoid judgement lien as a preferential transfer. | 2.50 | 875.00 | T |
| 05/01/07 | Herzog, David<br>Finalize and file suite against Discover bank to avoid judgment lien and serve lawsuit on Bank. | 1.50 | 525.00 | T |
| 06/05/07 | Herzog, David<br>Attend court call re complaint. | 1.00 | 350.00 | T |
| 06/14/07 | Herzog, David<br>Prepare Affidavit of Prove-Up and Motion for Default against Discover Bank and Judgment order. | 3.00 | 1,050.00 | T |
| 06/26/07 | Herzog, David<br>Attend court call and obtain judgment order against Discover Bank. | 1.00 | 350.00 | T |

| Date | Name / Description | Hours | Amount | |
|---|---|---|---|---|
| 06/27/07 | Herzog, David<br>Letter to title company re release of holdback. | 0.50 | 175.00 | T |
| 07/11/07 | Herzog, David<br>Work on quarterly progress report. | 0.25 | 87.50 | T |
| 07/27/07 | Herzog, David<br>Telephone conference with title company re release of holdback. | 0.15 | 52.50 | T |
| 08/29/07 | Herzog, David<br>Follow-up letter to Bank re release of holdback because of Discover judgment. | 0.50 | 175.00 | T |
| 09/18/07 | Herzog, David<br>Update quarterly report. | 0.15 | 52.50 | T |
| 09/26/07 | Herzog, David<br>Telephone call to title company re holdback. | 0.10 | 35.00 | T |
| 10/02/07 | Herzog, David<br>Telephone call to title company re holdback. | 0.10 | 35.00 | T |
| 10/12/07 | Herzog, David<br>Telephone call to title company re holdback. | 0.10 | 35.00 | T |
| 10/16/07 | Herzog, David<br>Telephone call to title company re holdback. | 0.10 | 35.00 | T |
| 10/18/07 | Herzog, David<br>Telephone conference with escrow department re information needed for holdback release. | 0.10 | 35.00 | T |
| 10/18/07 | Herzog, David<br>Fax copies of documents to escrow department with cover letter. | 0.50 | 175.00 | T |
| 12/17/08 | Herzog, David<br>Review of claims, verification of amounts, call to creditors re same. | 3.00 | 1,050.00 | T |
| 01/28/08 | Herzog, David<br>Prepare annual report for UST re case status. | 0.50 | 175.00 | T |