## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GILBERT M. ARIAZ and | ) | Case No. 05 B 17541 |
| COLETTE A. ARIAZ, | ) | |
| Debtors. | ) | Hon. John H. Squires |

### TRUSTEE'S FINAL ACCOUNT AND APPLICATION
### TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JOHN H. SQUIRES
      BANKRUPTCY JUDGE

    Final distribution of all monies has been made in accordance with the Order Awarding Compensation, a copy of which are attached hereto as Exhibit "A".

    All checks have been cashed.  Evidence of cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit B.  Form 2 also reflects a net total balance of zero for this estate.

    The Trustee certifies that the estate has been fully administered, and requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.


|  |  |
|---|---|
|   12/31/08 | /s/ David R. Herzog |
| DATE | TRUSTEE |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| GILBERT M. ARIAZ and | ) | Case No. 05 B 17541 |
| COLETTE A. ARIAZ, | ) | |
| Debtors. | ) | Hon. John H. Squires |

ORDER AWARDING ATTORNEY'S
COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's Final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Attorney for Trustee's compensation and expenses are as follows;

1.  Compensation                $ ~~5,437.50~~  4,844.50
2.  Expenses                    $        0.00

                      TOTAL     $ ~~5,437.50~~  4,894.50

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this  9/4/2008

                                        ENTERED:

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                              )   Chapter 7
                                    )
   GILBERT M. ARIAZ and              )   Case No. 05 B 17541
   COLETTE A. ARIAZ,                 )
              Debtors.              )   Hon. John H. Squires


ORDER AWARDING TRUSTEE'S
COMPENSATION AND EXPENSES


THIS MATTER BEING HEARD on the Trustee's Final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are as follows;

1. Trustee's compensation            $    11,912.71
2. Trustee's expenses                $         0.00

                         TOTAL       $    11,912.71

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this  9/4/2008

                                    ENTERED:
                                    [signature]
                                    UNITED STATES BANKRUPTCY JUDGE

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 05-17541 SQ
**Case Name:** ARIAZ, GILBERT M
ARIAZ, COLETTE A
**Taxpayer ID #:** 13-7485713
**Period Ending:** 12/31/08

**Trustee:** DAVID HERZOG (330520)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****51-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 12/14/05 | | Chicago Title & Trust | Proceeds of Sale of Marital Residence | | | 50,226.52 | | 50,226.52 |
| | {13} | | Proceeds from sale of real estate | 180,000.00 | 1110-000 | | | 50,226.52 |
| | | Chicago Title | Payment of Closing Costs (less R/E commission) | -10,705.05 | 2500-000 | | | 50,226.52 |
| | | ABN AMRO | Payment of 1st Mortgage | -93,269.85 | 4110-000 | | | 50,226.52 |
| | | Nick Guiffre | Payment of Broker's Commission | -9,000.00 | 3510-000 | | | 50,226.52 |
| | | Nick Guiffre | Reimbursement for utilities | -119.00 | 3520-000 | | | 50,226.52 |
| | | Gilbert Ariaz | Homestead exemption to debtor | -7,500.00 | 8100-002 | | | 50,226.52 |
| | | Colette Ariaz | Homestead exemption to debtor | -7,500.00 | 8100-002 | | | 50,226.52 |
| | | Cook County | Real Estate Taxes | -1,679.58 | 5800-000 | | | 50,226.52 |
| 12/20/05 | 1001 | Nick Guiffre | Reimbursement for payment of ComEd (electric) bill | | 2420-000 | | 9.54 | 50,216.98 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 13.76 | | 50,230.74 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 28.29 | | 50,259.03 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 27.00 | | 50,286.03 |
| 03/01/06 | 1002 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/01/2006 FOR CASE #05-17541 | | 2300-000 | | 39.18 | 50,246.85 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | | 1270-000 | 29.89 | | 50,276.74 |

**Subtotals :** **$50,325.46** **$48.72**

{} Asset reference(s)

Printed: 12/31/2008 02:58 PM    V.10.54

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 05-17541 SQ | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | ARIAZ, GILBERT M | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | ARIAZ, COLETTE A | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | 13-7485713 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 31.83 | | 50,308.57 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.19 | | 50,342.76 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.11 | | 50,375.87 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.24 | | 50,410.11 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 34.26 | | 50,444.37 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.05 | | 50,476.42 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 35.39 | | 50,511.81 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.20 | | 50,545.01 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 32.11 | | 50,577.12 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 33.72 | | 50,610.84 |
| 02/22/07 | 1003 | International Sureties | PRO-RATA BOND PREMIUM PAYMENT | 2300-000 | | 43.15 | 50,567.69 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.22 | | 50,592.91 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.01 | | 50,619.92 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.93 | | 50,647.85 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.94 | | 50,675.79 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 26.15 | | 50,701.94 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 28.87 | | 50,730.81 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.99 | | 50,758.80 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 25.29 | | 50,784.09 |
| 10/29/07 | {13} | Chicago Title | Refund of Holdback Fund from Closing | 1110-000 | 7,515.33 | | 58,299.42 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 29.83 | | 58,329.25 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 29.81 | | 58,359.06 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 29.72 | | 58,388.78 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 26.69 | | 58,415.47 |

Subtotals :   $8,181.88   $43.15

{} Asset reference(s)

Printed: 12/31/2008 02:58 PM    V.10.54

## FORM 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-17541 SQ | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|
| Case Name: | ARIAZ, GILBERT M | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ARIAZ, COLETTE A | Account: | ***-*****51-65 - Money Market Account |
| Taxpayer ID #: | 13-7485713 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 11.98 | | 58,427.45 |
| 03/12/08 | 1004 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-17541<br>Voided on 03/12/08 | 2300-000 | | 42.77 | 58,384.68 |
| 03/12/08 | 1004 | IDEBTOR'S BANKRUPTCY ESTATE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-17541<br>Voided: check issued on 03/12/08 | 2300-000 | | -42.77 | 58,427.45 |
| 03/12/08 | 1005 | INTERNATIONAL SURETIES | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/12/2008 FOR CASE #05-17541 | 2300-000 | | 42.77 | 58,384.68 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.85 | | 58,395.53 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 8.14 | | 58,403.67 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.31 | | 58,410.98 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.42 | | 58,418.40 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 7.42 | | 58,425.82 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.94 | | 58,432.76 |
| 09/09/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 2.39 | | 58,435.15 |
| 09/09/08 | | To Account #********5166 | | 9999-000 | | 58,435.15 | 0.00 |

Subtotals :   $62.45   $58,477.92

{} Asset reference(s)

Printed: 12/31/2008 02:58 PM    V.10.54

## Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 05-17541 SQ | | **Trustee:** | DAVID HERZOG (330520) |
| **Case Name:** | ARIAZ, GILBERT M | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | ARIAZ, COLETTE A | | **Account:** | ***-*****51-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7485713 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 12/31/08 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | **ACCOUNT TOTALS** | | **58,569.79** | **58,569.79** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 58,435.15 | |
| | | | **Subtotal** | | **58,569.79** | **134.64** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$58,569.79** | **$-14,865.36** | |

{} Asset reference(s)

Printed: 12/31/2008 02:58 PM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-17541 SQ
**Case Name:** ARIAZ, GILBERT M
ARIAZ, COLETTE A
**Taxpayer ID #:** 13-7485713
**Period Ending:** 12/31/08

**Trustee:** DAVID HERZOG (330520)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****51-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/09/08 |  | From Account #********5165 |  | 9999-000 | 58,435.15 |  | 58,435.15 |
| 09/11/08 | 101 | David R. Herzog | Final Distribution | 2100-000 |  | 11,912.71 | 46,522.44 |
| 09/11/08 | 102 | Herzog & Schwartz | Final Distribution | 3110-000 |  | 4,894.50 | 41,627.94 |
| 09/11/08 | 103 | Discover Bank | Final Distribution | 7100-000 |  | 2,947.01 | 38,680.93 |
| 09/11/08 | 104 | Discover Bank | Final Distribution | 7100-000 |  | 1,568.99 | 37,111.94 |
| 09/11/08 | 105 | American Express Bank, FSB | Final Distribution | 7100-000 |  | 10,166.06 | 26,945.88 |
| 09/11/08 | 106 | Chase BankUSA,NA | Final Distribution | 7100-000 |  | 3,848.77 | 23,097.11 |
| 09/11/08 | 107 | American Express Travel Related Services Co., Inc. | Final Distribution | 7100-000 |  | 2,305.32 | 20,791.79 |
| 09/11/08 | 108 | Bank Of America NA |  | 7100-000 |  | 6,926.09 | 13,865.70 |
| 09/11/08 | 109 | MBNA America Bank NA |  | 7100-000 |  | 13,865.70 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | **58,435.15** | **58,435.15** | **$0.00** |
|  |  |  | Less: Bank Transfers |  | 58,435.15 | 0.00 |  |
|  |  |  | **Subtotal** |  | **0.00** | **58,435.15** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$0.00** | **$58,435.15** |  |

{} Asset reference(s)

Printed: 12/31/2008 02:58 PM   V.10.54

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| **Case Number:** | 05-17541 SQ | | **Trustee:** | DAVID HERZOG (330520) |
|---|---|---|---|---|
| **Case Name:** | ARIAZ, GILBERT M | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | ARIAZ, COLETTE A | | **Account:** | ***-*****51-66 - Checking Account |
| **Taxpayer ID #:** | 13-7485713 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/31/08 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****51-65 | 58,569.79 | -14,865.36 | 0.00 |
| Checking # ***-*****51-66 | 0.00 | 58,435.15 | 0.00 |
| | $58,569.79 | $58,569.79 | $0.00 |

{} Asset reference(s)          Printed: 12/31/2008 02:58 PM    V.10.54